No. 77. WILLIE M. GOING, ADMINISTRATRIX OF NATHAN W. GOING, *v.* NORFOLK & WESTERN RAILWAY COMPANY. Error to the Supreme Court of Appeals of the State of Virginia.  Submitted November 21, 1918.  Decided November 25, 1918.  *Per Curiam.*  Affirmed upon the authority of *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668, 673; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464, 466; *Southern Ry. Co.* v. *Puckett,* 244 U. S. 571, 574.  See also *Chicago, Milwaukee & St. Paul Ry. Co.* v. *O'Connor, ante,* 536. *Mr. W. L. Welborn* for plaintiff in error.  *Mr. Waller R. Staples, Mr. Theodore W. Reath* and *Mr. Roy B. Smith* for defendant in error.

———

No. 636. JOHN P. SCHMITT ET AL., ETC., *v.* JOHN SHADRACH, TRUSTEE, ETC.  Error to the Circuit Court of Appeals for the Third Circuit.  Motion to dismiss or affirm or place on the summary docket submitted November 25, 1918.  Decided December 9, 1918.  *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 4 of Act of January 28, 1915, c. 22, 38 Stat. 803, 804. *Mr. Rush Trescott* for plaintiffs in error.  *Mr. Edwin B. Morgan* and *Mr. W. A. Valentine* for defendant in error.